| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Pappert, Gerald J. | 2. Court or Organization<br><br>U.S. District Court, Eastern District of Pennsylvania | 3. Date of Report<br><br>09/13/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge--Active Status | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>601 Market St., Room 5614<br>Philadelphia, PA 19106 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. General Partner | Marza, L.P. |
| 2. Trustee | Trust No. 1 |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2001 | Pennsylvania State Employees' Retirement System Defined Benefit Pension Plan |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/08/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Pennsylvania State Retirement Benefits | $8,430.52 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/08/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Barclays Commodity IPATH ETN | | None | K | U | Buy | 12/29/15 | K | | |
| 2. Boone Cty, KY School District Bonds | | None | M | U | Buy | 06/25/15 | M | | |
| 3. Brandes Emerging Markets Fund | A | Interest | | | Buy | 01/13/15 | K | | |
| 4. | | | | | Sold | 01/13/15 | J | A | |
| 5. | | | | | Sold | 02/18/15 | J | A | |
| 6. | | | | | Sold | 02/18/15 | K | A | |
| 7. Buffalo, NY Bonds | A | Interest | J | T | | | | | |
| 8. Calamos Market Neutral Class A | B | Dividend | J | T | Buy (add'l) | 08/13/15 | K | | |
| 9. | | | | | Buy (add'l) | 12/24/15 | K | | |
| 10. | | | | | Buy (add'l) | 07/22/15 | J | | |
| 11. Calamos Market Neutral Income Fund | A | Dividend | J | T | Buy (add'l) | 04/16/15 | J | | |
| 12. | | | | | Buy (add'l) | 08/16/15 | J | | |
| 13. | | | | | Buy (add'l) | 01/22/15 | J | | |
| 14. Central Greene PA School District Bonds | B | Interest | J | T | Buy | 12/29/15 | M | | |
| 15. Dansville NY School District Bonds | A | Interest | | | Sold | 06/16/15 | K | | |
| 16. Discover Bank Greenwood Del. CD | A | Interest | J | T | | | | | |
| 17. East Penn Area PA School District Bonds | A | Interest | | | Redeemed | 05/15/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Elk County PA Industrial Develoment Authority Bonds | A | Interest | J | T | | | | | |
| 19. Europacific Growth Fund F1 | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 20. | | | | | Buy | 05/18/15 | J | | |
| 21. | | | | | Buy | 02/17/15 | J | | |
| 22. | | | | | Buy | 11/03/15 | J | | |
| 23. Europacific Growth Fund F2 | E | Dividend | J | T | | | | | |
| 24. Federal Farm Credit Bank | B | Interest | | | Redeemed | 03/25/15 | K | | |
| 25. Fidelity Floating Rate High Income Fund | D | Dividend | M | T | Buy | 02/03/15 | M | | |
| 26. | | | | | Sold (part) | 09/09/15 | J | A | |
| 27. | | | | | Sold | 01/06/15 | J | A | |
| 28. | | | | | Sold (part) | 11/12/15 | J | A | |
| 29. | | | | | Sold (part) | 02/03/15 | J | A | |
| 30. | | | | | Sold (part) | 09/09/15 | J | A | |
| 31. | | | | | Sold (part) | 11/12/15 | K | A | |
| 32. Fidelity Information Tech Index Fund | A | Dividend | M | T | Buy | 06/12/15 | J | | |
| 33. Fidelity MSCI Consumer Discretionary Fund | A | Dividend | M | T | Buy | 06/12/15 | J | | |
| 34. | | | | | Buy | 06/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   Fidelity MSCI Energy Index Fund | A | Dividend | M | T | Buy | 10/29/15 | L | | |
| 36.   Fidelity MSCI Financials Index Fund | A | Dividend | M | T | Buy | 11/16/15 | J | | |
| 37. | | | | | Buy | 07/31/15 | J | | |
| 38. | | | | | Buy | 07/31/15 | J | | |
| 39.   Fidelity MSCI Health Care Index Fund | A | Dividend | M | T | Buy | 06/15/15 | J | | |
| 40.   Fidelity Municipal Money Market | A | Dividend | M | T | | | | | |
| 41.   Fidelity Total Bond Fund | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 42. | | | | | Buy<br>(add'l) | 10/29/15 | J | | |
| 43.   Fidelity Treasury Money Market | A | Interest | K | T | | | | | |
| 44.   Gates-Chili NY Central School District Bonds | A | Interest | M | T | | | | | |
| 45.   Gateway Fund Class A | A | Dividend | M | T | Sold | 01/21/15 | J | A | |
| 46.   Gateway Fund Class Y | A | Dividend | M | T | | | | | |
| 47.   Goldman Sachs NY CD | A | Interest | M | T | Buy | 04/08/15 | K | | |
| 48.   Greater Johnstown, PA School District Bonds | B | Interest | P1 | T | | | | | |
| 49.   Greenfield, MA Bonds | A | Interest | N | T | | | | | |
| 50.   Harbor Creek, PA School District Bonds | A | Interest | K | T | | | | | |
| 51.   Highland LongShort Equity Fund A | A | Dividend | N | T | Buy<br>(add'l) | 04/15/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/08/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 53. | | | | | Buy (add'l) | 01/23/15 | J | | |
| 54. | | | | | Buy | 06/10/15 | J | | |
| 55. | | | | | Buy (add'l) | 10/30/15 | J | | |
| 56. Highland LongShort Equity Fund Z | A | Dividend | L | T | Buy (add'l) | 12/24/15 | K | | |
| 57. | | | | | Buy (add'l) | 07/22/15 | J | | |
| 58. iShares 1-3 Year Treasury Bonds | | | | | Sold | 01/07/15 | J | A | |
| 59. iShares Core MSCI EAFE Exchange Traded Fund | A | Dividend | M | T | Buy | 11/05/15 | M | | |
| 60. | | | | | Buy | 03/16/15 | L | | |
| 61. | | | | | Buy | 05/19/15 | K | | |
| 62. | | | | | Buy | 02/05/15 | J | | |
| 63. | | | | | Buy | 05/08/15 | J | | |
| 64. | | | | | Buy | 03/16/15 | J | | |
| 65. | | | | | Buy | 05/13/15 | J | | |
| 66. | | | | | Buy | 04/30/15 | J | | |
| 67. | | | | | Buy | 05/14/15 | J | | |
| 68. | | | | | Buy | 10/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 10/21/15 | J | | |
| 70. | | | | | Sold | 01/14/15 | J | A | |
| 71. | | | | | Sold | 01/14/15 | J | A | |
| 72. | | | | | Sold (part) | 09/28/15 | J | A | |
| 73. | | | | | Sold (part) | 09/28/15 | K | A | |
| 74. | | | | | Sold (part) | 09/28/15 | L | A | |
| 75. | | | | | Sold (part) | 09/28/15 | L | A | |
| 76. iShares Core S&P 500 Exchange Traded Fund | G | Dividend | N | T | Sold (part) | 08/17/15 | J | B | |
| 77. | | | | | Sold (part) | 03/20/15 | J | B | |
| 78. | | | | | Sold (part) | 04/09/15 | J | B | |
| 79. iShares Core US AGG Bond Exchange Traded Fund | A | Dividend | J | T | Buy | 04/30/15 | J | | |
| 80. | | | | | Buy (add'l) | 05/13/15 | J | | |
| 81. | | | | | Sold (part) | 01/07/15 | J | A | |
| 82. | | | | | Sold (part) | 01/07/15 | J | A | |
| 83. | | | | | Sold (part) | 01/07/15 | J | A | |
| 84. | | | | | Sold (part) | 01/07/15 | J | A | |
| 85. | | | | | Sold (part) | 10/21/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 10/21/15 | J | A | |
| 87. iShares Core MSCI Emerging Markets | A | Dividend | N | T | Buy (add'l) | 11/05/15 | L | | |
| 88. | | | | | Buy | 02/20/15 | K | | |
| 89. | | | | | Buy (add'l) | 02/20/15 | J | | |
| 90. | | | | | Buy (add'l) | 05/19/15 | J | | |
| 91. | | | | | Buy (add'l) | 04/10/15 | J | | |
| 92. | | | | | Buy (add'l) | 05/21/15 | J | | |
| 93. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 94. | | | | | Sold (part) | 09/16/15 | J | A | |
| 95. | | | | | Sold (part) | 09/17/15 | J | A | |
| 96. | | | | | Sold (part) | 09/17/15 | J | A | |
| 97. | | | | | Sold (part) | 09/17/15 | K | A | |
| 98. iShares Core S&P 500 Index Fund | G | Dividend | | | Sold | 08/17/15 | J | A | |
| 99. iShares Core S&P Mid-Cap | G | Dividend | | | Sold | 05/20/15 | J | A | |
| 100. | | | | | Sold (part) | 06/15/15 | J | A | |
| 101. iShares Core S&P Small-Cap | A | Dividend | M | T | Buy (add'l) | 03/10/15 | J | | |
| 102. | | | | | Sold (part) | 06/16/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/08/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 08/19/15 | J | A | |
| 104.  iShares MSCI USA Minimum Volatility Exchange Traded Fund | A | Dividend | | | Buy (add'l) | 09/17/15 | K | | |
| 105. | | | | | Buy | 02/10/15 | J | | |
| 106. | | | | | Sold (part) | 05/11/15 | J | A | |
| 107. | | | | | Sold | 06/11/15 | J | A | |
| 108. | | | | | Sold | 05/19/15 | K | A | |
| 109.  iShares MSCI EM MKT MIN VOL | A | Dividend | | | Sold | 01/14/15 | K | | |
| 110. | | | | | Sold | 11/05/15 | L | | |
| 111.  iShares U.S. Technology Fund | E | Dividend | M | T | | | | | |
| 112.  iShares Mid-Cap 400 Growth Fund | D | Dividend | N | T | Buy | 07/22/15 | K | | |
| 113. | | | | | Buy | 07/22/15 | J | | |
| 114. | | | | | Buy (add'l) | 08/19/15 | J | | |
| 115. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 116. | | | | | Buy (add'l) | 09/23/15 | J | | |
| 117.  iShares Russell 2000 Index Fund | F | Dividend | K | T | | | | | |
| 118.  iShares S&P Small-Cap 600 Growth Fund | C | Dividend | N | T | Buy (add'l) | 03/10/15 | J | | |
| 119. | | | | | Buy (add'l) | 07/24/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. iShares Short Term National Municipal Bond ETF | A | Dividend | M | T | Buy (add'l) | 04/13/15 | L | | |
| 121. | | | | | Buy (add'l) | 12/22/15 | K | | |
| 122. | | | | | Buy | 03/30/15 | K | | |
| 123. | | | | | Buy (add'l) | 06/25/15 | J | | |
| 124. | | | | | Sold | 08/17/15 | J | | |
| 125. | | | | | Sold (part) | 10/28/15 | J | A | |
| 126. | | | | | Sold (part) | 01/29/15 | J | A | |
| 127. | | | | | Sold (part) | 08/17/15 | K | A | |
| 128. | | | | | Sold (part) | 05/07/15 | K | A | |
| 129. | | | | | Sold (part) | 10/28/15 | L | A | |
| 130. | | | | | Sold (part) | 02/05/15 | M | B | |
| 131. | | | | | Sold (part) | 02/05/15 | M | A | |
| 132. iShares TR EAFE MIN VOL ETF | B | Dividend | | | Sold | 11/05/15 | L | B | |
| 133. JP Morgan MLP Exchange Traded Note | A | Dividend | | | Sold (part) | 06/30/15 | J | A | |
| 134. JP Morgan MLP Exchange Traded Note | A | Dividend | | | Sold (part) | 03/20/15 | J | A | |
| 135. JP Morgan MLP Exchange Traded Note | B | Dividend | | | Sold (part) | 04/13/15 | J | B | |
| 136. | | | | | Sold (part) | 04/13/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 04/13/15 | J | A | |
| 138. | | | | | Sold | 07/24/15 | K | A | |
| 139. | | | | | Sold (part) | 06/30/15 | K | B | |
| 140. | | | | | Sold | 04/13/15 | K | D | |
| 141. Jackson County, MO School District Bonds | B | Interest | N | T | | | | | |
| 142. Janus Triton Fund | D | Dividend | K | T | | | | | |
| 143. Mainstay Marketfield Fund | A | Dividend | K | T | | | | | |
| 144. | | | | | Sold | 01/21/15 | J | A | |
| 145. | | | | | Sold | 08/11/15 | J | A | |
| 146. | | | | | Sold (part) | 02/04/15 | J | A | |
| 147. | | | | | Sold (part) | 07/17/15 | J | A | |
| 148. | | | | | Sold (part) | 08/11/15 | K | B | |
| 149. | | | | | Sold (part) | 07/17/15 | K | C | |
| 150. | | | | | Sold (part) | 02/04/15 | L | D | |
| 151. | | | | | Sold (part) | 12/24/15 | L | B | |
| 152. Merger Fund | A | Dividend | N | T | Buy (add'l) | 01/26/15 | J | | |
| 153. | | | | | Sold (part) | 09/10/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 09/10/15 | J | A | |
| 155. | | | | | Sold (part) | 03/04/15 | J | A | |
| 156. | | | | | Sold (part) | 02/05/15 | J | A | |
| 157. | | | | | Sold (part) | 09/10/15 | J | A | |
| 158. | | | | | Sold (part) | 03/04/15 | K | A | |
| 159. | | | | | Sold (part) | 02/05/15 | K | A | |
| 160. Morris Twp, NJ Municipal Bonds | A | Interest | M | T | | | | | |
| 161. PA State College Revenue Bonds | A | Interest | J | T | | | | | |
| 162. Pacific Life Indexed Accumulation | A | Interest | K | W | | | | | |
| 163. Pacira Pharmaceuticals, Inc. | A | Dividend | J | T | | | | | |
| 164. Panther Valley PA School District Bonds | A | Dividend | | | Redeemed | 12/18/15 | K | | |
| 165. Phelps-Clifton Springs, NY Central School District Bonds | C | Interest | J | T | | | | | |
| 166. Pike County, KY School District Bonds | C | Interest | J | T | | | | | |
| 167. Ringwood, NJ Board of Education Bonds | B | Interest | J | T | | | | | |
| 168. Romeo, MI Community School District Bonds | B | Interest | K | T | | | | | |
| 169. Shenango PA Municipal Bonds | A | Dividend | | | Redeemed | 11/15/15 | L | | |
| 170. Spartan US Equity Index Fund | D | Dividend | K | T | Sold | 04/13/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. PA State Public School Building Authority Bonds | A | Interest | J | T | | | | | |
| 172. Swatara TWP, PA Bonds | A | Interest | K | T | | | | | |
| 173. Templeton Global Bond Fund | A | Dividend | K | T | Buy | 02/03/15 | M | | |
| 174. | | | | | Sold (part) | 09/15/15 | K | A | |
| 175. Templeton Global Bond Class A | D | Dividend | M | T | Sold | 01/06/15 | J | A | |
| 176. | | | | | Sold (part) | 09/15/15 | J | A | |
| 177. Tortoise MLP & Pipeline Investor Class Fund | A | Dividend | K | T | Buy (add'l) | 04/10/15 | J | | |
| 178. | | | | | Buy (add'l) | 04/10/15 | J | | |
| 179. | | | | | Sold (part) | 07/28/15 | J | A | |
| 180. | | | | | Sold (part) | 07/16/15 | J | A | |
| 181. | | | | | Sold (part) | 08/07/15 | J | A | |
| 182. | | | | | Sold (part) | 08/06/15 | J | A | |
| 183. | | | | | Sold | 10/07/15 | L | A | |
| 184. University of Northern Iowa Bonds | A | Interest | K | T | | | | | |
| 185. Utah State Building Ownership Authority Bonds | A | Interest | J | T | | | | | |
| 186. Vanguard Total Stock Market Fund | E | Dividend | J | T | | | | | |
| 187. American Funds Washington Mutual Investors Fund | G | Dividend | K | T | Sold | 06/26/15 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Wasatch Long/Short Fund | A | Dividend | | | Sold | 01/21/15 | J | A | |
| 189. | | | | | Sold | 03/03/15 | J | A | |
| 190. | | | | | Sold | 03/03/15 | L | A | |
| 191. Wauwatosa, WI Municipal Bonds | B | Interest | J | T | | | | | |
| 192. Wells Fargo Premier Large Company Growth Fund | E | Dividend | J | T | Sold | 01/21/15 | J | A | |
| 193. | | | | | Sold (part) | 05/12/15 | J | A | |
| 194. | | | | | Sold | 05/19/15 | J | B | |
| 195. | | | | | Sold (part) | 04/02/15 | J | A | |
| 196. Williamsport Sanitary Authority Bonds | A | Interest | J | T | | | | | |
| 197. Wilshire 5000 Index Fund | A | Dividend | J | T | Buy | 01/21/15 | J | | |
| 198. | | | | | Buy (add'l) | 05/18/15 | J | | |
| 199. | | | | | Buy (add'l) | 10/26/15 | J | | |
| 200. Fidelity Cash Reserves | A | Interest | K | T | | | | | |
| 201. FLBeach,OC, LLC | A | Interest | L | S | | | | | Abundance Wealth Counselor |
| 202. Glaxo SmithKline Capital plc Note | A | Interest | K | T | | | | | |
| 203. IBM Corp. Note | A | Interest | M | T | | | | | |
| 204. Intel Corp. Note | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Merck & Co. Note | A | Interest | L | T | | | | | |
| 206. Altoona NPRE, LP | A | Distribution | M | S | Buy | 10/28/15 | M | | AWC |
| 207. PIMCO Commodities Plus Strategy Fund | A | Dividend | J | T | Buy | 01/07/15 | L | | |
| 208. | | | | | Buy (add'l) | 05/15/15 | J | | |
| 209. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 210. | | | | | Sold (part) | 08/10/15 | J | A | |
| 211. | | | | | Sold | 12/24/15 | K | A | |
| 212. Urban Storage Fund, LP | | None | N | S | | | | | AWC |
| 213. Village of Canterbury, LP | | None | M | S | | | | | AWC |
| 214. PAC Life Life Insurance | | | | | | | | | |
| 215. -Fixed Account | C | Interest | J | T | | | | | |
| 216. -1year Index Fund S & P 500 | A | Interest | J | T | | | | | |
| 217. -1 year INternational INdex Fund Euro Stock 500 | A | Interest | K | T | | | | | |
| 218. Washington Mutual INV FDF2 | | | | | Sold | 06/26/15 | K | | |
| 219. Whitesboro NY School District Bonds | | | | | Sold | 06/16/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 09/08/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust No. 1, listed in Section 1 of this Report, is an unfunded trust.
Line 201 FL Beach Purchased 8/1/14 $50,000.00
Line 206 Altonna NPRE Purchased 10/28/15  $100,000.00

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Gerald J. Pappert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544